```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL F. LASCH                 :        CIVIL ACTION
                                 :
        v.                       :
                                 :
RICHARD R. FINK, ESQUIRE, et al.:         NO. 10-cv-04548-JF

ORDER

AND NOW, this 15th day of September 2010, IT IS ORDERED:

That this action is DISMISSED with prejudice, for lack of jurisdiction, and as legally frivolous. The Clerk is directed to close the file.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.